

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00379-CR

MARGARET VIVIAN LEWALLEN                                  APPELLANT
A/K/A MARGARET VIVIAN WELLS

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Margaret Vivian Lewallen a/k/a Margaret Vivian Wells is attempting to appeal her conviction for theft of property valued at $1,500 or more but less than $20,000. Lewallen pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced her to twenty-two months'

---

[1]*See* Tex. R. App. P. 47.4.

confinement. The trial court's certification of her right to appeal states that this is a plea-bargained case and that Lewallen has no right of appeal.

On September 7, 2011, we sent the parties a letter notifying them that this appeal may be dismissed based on the trial court's certification unless any party filed a response on or before September 18, 2011, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We received no response.

Rule 25.2(a)(2) limits the right of appeal in a plea-bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). Lewallen's notice of appeal states that she wishes to appeal matters raised by written motion filed and ruled on before trial, but no pretrial motions were filed in this case. Because the trial court's certification denied permission to appeal and because no pretrial motions exist in this case, Lewallen has no right to appeal. *See id.* Consequently, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 20, 2011

2